UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN F. KENDRICK, | No. 23-cv-2978 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding without counsel, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 10, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 12. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. In addition, the Court has reviewed the Magistrate Judge's December 30, 2024 Order (ECF No. 8) which the Court finds is also supported by the record and the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations (ECF No. 12) are adopted in full; and

    2.  The complaint is dismissed for failure to state a claim for the reasons set forth in the December 30, 2024, Screening Order (ECF No. 8).  See L.R. 110; Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915A.

    3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 23, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

AC/df:kend2978.800.jo

2